AO 91 (Rev. 11/11) Criminal Complaint

FILED

OCT 11 2019

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY ________ DEPUTY CLERK

# UNITED STATES DISTRICT COURT

for the

Western District of Texas

United States of America
v.
Felipe Jesus Duron

Defendant(s)

Case No. SA-19-MJ-1186

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of 9/22/18 and thereafter in the county of Bexar, Atascosa, & elsewhere in the Western District of Texas, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18/2251(a), 2252, 2252A, 2422 (b) and 875(d) | Sexual Explotation of children and certain activities relating to material involving the sexual exploitation of a minor; coercion and enticement; and extortion.<br><br>PENALTIES: Please see attached sheet. |

This criminal complaint is based on these facts:

■ Continued on the attached sheet.

George Segura
*Complainant's signature*

George Segura, SA, FBI
*Printed name and title*

☒ Sworn to before me and signed in my presence.
☐ Sworn to telephonically and signed electronically.

Date: 10/11/19

Henry J. Bemporad
*Judge's signature*

City and state: San Antonio, Texas

Henry J. Bemporad, US Magistrate Judge
*Printed name and title*

**PENALTIES FOR CRIMINAL COMPLAINT**

**FELIPE JESUS DURON**

**18/2242(b) : Coercion and Enticement of a minor**

10 years to life imprisonment; 250,000 fine, $100 special assessment; $5,000.00 special assessment pursuant to TVPA, Restitution, Forfeiture, and SORNA.

**18/2251(a): Production of child pornography.**

15-30 years imprisonment; 250,000 fine, $100 special assessment; $5,000 special assessment pursuant to TVPA, Restitution, Forfeiture, and SORNA.

**18/2252(a) and 2252A: Receipt of child pornography.**

5-20 years imprisonment; 250,000 fine, $100 special assessment; $5,000 special assessment pursuant to TVPA, Restitution, Forfeiture, and SORNA.

**18/ 2252(a) and 2252A: Possession of child pornography.**

10 years imprisonment, 250,000 fine, $100 special assessment; $5,000 special assessment pursuant to TVPA, Restitution, Forfeiture, and SORNA.

AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, George Segura, being duly sworn, depose and say that:

1. I am a Detective with the San Antonio Police Department and have been so employed for approximately twenty-seven years. I am currently deputized as a Special Federal Officer (SFO) and assigned to the Crimes Against Children Task Force of the San Antonio, Texas Division of the FBI. My duties include, but are not limited to, the investigation of child exploitation cases. I have conducted and been involved in numerous investigations of individuals suspected of exploiting minors using technology for approximately 17 years. I have received particularized training in the investigation of computer-related crimes, peer-to-peer computer networking, and online (i.e. Internet based) crimes against children. I have conducted and been involved in numerous investigations of individuals suspected of producing, distributing and receiving child pornography and have participated in the execution of numerous search warrants which have resulted in the seizure of multiple items of child pornography. I have had the occasion to become directly involved in investigations relating to the sexual exploitation of children, to observe and review extensive examples of child pornography in various media formats, including computer-based formats. I have also received training in the investigation of criminal conduct amounting to coercion and enticement of children.

2. As a Special Federal Officer, I am authorized to investigate violations of United States laws and to execute warrants issued under the authority of the United States.

3. As will be shown below, there is probable cause to believe that **Felipe Jesus Duron** used Internet accessible device(s) to coerce and entice a minor, as well as to produce, received and possess child pornography, and to engage in extortion. I submit this application and affidavit in support of a CRIMINAL COMPLAINT authorizing the arrest of **Felipe Jesus Duron.**

4. The statements in this affidavit are based on my investigation of this matter. Since this affidavit is being submitted for the limited purpose of securing a CRIMINAL COMPLAINT and an arrest warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that DURON has committed violations of Title 18, United States Code, Sections 2422(b), 2251(a), 2252(a), 2252(a)(4)(B), 2252A(a)(2), 2252A(a)(5)B) and 875(d).

## STATUTORY AUTHORITY

5. This affidavit and facts contained herein concern alleged violations of federal criminal statutes, including the following.

a. 18 U.S.C. § 2422(b), Coercion and Enticement of a Minor;
b. 18 U.S.C. § 2251(a), Production of Child Pornography;
c. 18 U.S.C. §§ 2252(a) and 2252A(a)(2), Receipt of Child Pornography;
d. 18 U.S.C. §§ 2252(a)(4)(B) and 2252A(a)(5)(B), Possession of Child Pornography; and
e. 18 U.S.C. § 875(d), Interstate Communications – Extortion.

## PROBABLE CAUSE

6. In July 2019, in response to an alert from the National Center for Missing and Exploited Children (NCMEC), Detective Schaub, with the Village of Oregon Police Department, interviewed CV1 (14 year old female) in Village of Oregon, Wisconsin, who provided the following information.

a. CV1 has been using Snapchat, a social media app, to communicate on the internet with an unknown individual identified as "Chris," the name provided to her by the unknown individual on her "quick add section" of Snapchat.

b. CV1's Snapchat account is arianp237. No one else uses her account.

c. The communication began as general talking and became more sexual as time passed, with "Chris" asking for nude photographs. She complied on numerous occasions, sending photos of her nude breasts and vagina.

d. CV1 described video contact with "Chris," where she would, at "Chris'" insistence, expose her breasts and vagina. "Chris" sent numerous images to CV1 containing exposed erect penises.

e. On 09/22/2018, CV1 sent Snapchat a request[1] for help because "Chris" was threatening to send CV1's nude photographs to her friends if she failed to perform sexually in videos and online as he instructed. CV1's outcry to Snapchat stated, "They are harassing me and not telling me there (sic) age so I am assuming they are a child predator, he threatens me if I say I am gonna block him, he says all kinds of shit and says he controlled me and is going to ruin me, plz help."

Snapchat confirmed CV1's account information, as well as the account information for the unknown individual, "Chris," that was coercing her.

Snapchat provided the screen name and the IP address for the reporting party as:

Username: arianap237

IP Address: 68.187.68.87

Snapchat also provided the following address on the user coercing CV1:

Email address: xxf1eexx@hotmail.com

Username: Savethesnaps

IP address: 2602:306:32f3:11e0:24ab:d6da:abef:444 on 05-06-2019[2]

f. CV1 consented to a search of her phone.

---

[1] Snapchat's Trust and Safety Team notified NCMEC of the outcry, as well as of the presence of evidence of child exploitation. Snapchat also provided photographs it believed were evidence of child pornography.

[2] The date Snapchat confirms the most recent login for username savethesnaps.

**CV1's Cellphone**

7. Detective Schaub observed the following evidence on CV1's cellphone.

a. Conversations[3], almost daily, between CV1 and "Chris," with "Chris" using the username "acunt," which is associated with the account name savethesnaps[4]. These conversations were very sexual in nature, with constant demands for nude photographs and videos, including discussions related to CV1 sending nude photographs in a Snapchat group.

b. In one conversation, "Chris" says, "it's either do what I say, or everyone will know everything about you." On numerous occasions, "Chris" asks to see her "tits" and "pussy." She complies.

c. In the final screenshots of their conversations, CV1 says she does not want to send "Chris" nude photographs anymore. She threatens to go to the police. "Chris" tells her she should not go to the police or her photographs will be leaked online and that she will be in trouble for sending them.

**Subpoena to AT&T**

8. Based upon the information provided by Snapchat to the NCMEC, an administrative subpoena was served to AT&T for information pertaining to the IP address captured by Snapchat: 2602:306:32f3:11e0:24ab:d6da:abef:444 on 05-06-2019.

9. AT&T responded with the following information:

a. The IP address converted to the IP of 99.47.49.30, assigned to the account located at [redacted], Atascosa, Texas.

b. The AT&T account is registered to Florentina Duron.

**Search Warrant Results from Snapchat**

---

[3] Saved by CV1 by way of screenshots.

[4] Connecting the unknown individual communicating with CV1 as the individual she reported to Snapchat.

10. On 09/16/2019, law enforcement received a search warrant return from Snapchat regarding the account associated with username Savethesnaps. The data contains conversation between Savethesnaps and CV1 wherein Savethesnaps, posing as "Chris," coerced CV1 on at least eight occasions to engage in sexual activity. Specifically, saved as Conversations within Savethesnaps' account are instances where the user instructs CV1 in the specific sexual activity he wants her to engage. (Note: during her interview in July 2019, CV1 told Detective Schaub that she often fulfilled these demands on Skyp; hence, the images are not always within Savethesnaps account.) One video saved as a **Snapchat Memory** within Savethesnaps' video files which contains a recording, presumably by "Chris'" cellphone, of an online sexual encounter he is viewing on his laptop – split screen images wherein CV1 performs sexual activity (she is nude with vagina fully exposed as she touches herself) as directed by "Chris" for an unknown adult male masturbating as he watches CV1. The sexual activity – CV1 and unknown adult male – is occurring on Omegle, an anonymous social media platform. Importantly, the corresponding Omegle conversation thread between CV1 and unknown adult male includes a clear reference to her age **– 14 years old –** wherein adult male says, "WOW!" Savethesnaps recorded not only the split screen video, but also the conversation between the unknown adult male and CV1.

11. The Snapchat return contains a video conversation wherein "Chris" claims to have multiple cellular telephones.

12. Contained within the Snapchat return are multiple instances wherein "Chris" coerced CV1 to perform sexual activity in real time for other unknown, yet to be identified, men, on Omegle, a social media website.

13. In one Snapchat conversation, Savethesnap user states he works for a dealership.

14. Snapchat captured various IP addresses where the Savethesnaps account accessed the internet, including the following.

a. IP address 99.47.49.30, the IP address confirmed by AT&T as the account located at [redacted], Atascosa, Texas, the premises subject of this application.

b. IP address 198.49.125.25, an IP address assigned to Incarnate Word University.

c. IP address 66.162.83.176, an IP address assigned to McCombs Enterprise, a car dealership.

**Database Results**

15. Felipe Jesus Duron's Texas Driver's License contains a residential address of [redacted], Atascosa, Texas.

16. Online intelligence sources reveal Felipe Jesus **DURON** reports the email address of xxf1eexx@hotmail.com as his email address. This is the email address associated with the offending Snapchat account referenced above.

17. A review of Felipe Jesus **DURON**'s Facebook account publically available information reveals he is a student at Incarnate Word University. Law Enforcement has confirmed this status.

18. Work history reports Felipe Jesus **DURON** is employed by McCombs Dealership, San Antonio, Texas

**Surveillance at [redacted], Atascosa, Texas.**

19. Further investigation and surveillance at [redacted], Atascosa, Texas, has revealed the following information.

a. There are three individuals residing at the residence: Florentina Duron (mother), Phillip Eugene Duron (father) and Felipe Jesus DURON.

b. Felipe Jesus DURON has been seen daily coming and going from the residence in a Nissan Versa.

20. The blue 2013 Nissan Versa, bearing license plate number HKP8700, is registered to Felipe DURON, and has been seen at [redacted], Atascosa, Texas, which is the address associated with the vehicle registration.

## **CONCLUSION**

21. Based on the facts as stated in this document, there is probable cause to believe that Felipe Jesus DURON has committed multiple federal offenses involving child exploitation, including the Coercion and Enticement of a Minor, Production of Child Pornography, Receipt of Child Pornography, Possession of Child Pornography, and Extortion; in violation of Title 18, United States Code, Section 2422(b), 2251(a), 2252(a), 2252A, and 875.

22. I respectfully request that the Court issue a Criminal Complaint and an arrest warrant for Felipe Jesus DURON.

________________________________

Special Federal Officer George Segura
Federal Bureau of Investigation

Sworn to and subscribed before me this ______ day of October 2019.

________________________________________

THE HONORABLE HENRY BEMPORAD
UNITED STATES MAGISTRATE JUDGE

the address associated with the vehicle registration.

## CONCLUSION

35. Based on the facts as stated in this document, there is probable cause to believe that Felipe Jesus DURON has committed multiple federal offenses involving child exploitation, including the Coercion and Enticement of a Minor, Production of Child Pornography, Receipt of Child Pornography, Possession of Child Pornography, and Extortion; in violation of Title 18, United States Code, Section 2422(b), 2251(a), 2252(a), 2252A, and 875.

36. I respectfully request that the Court issue a Criminal Complaint and an arrest warrant for Felipe Jesus DURON.

George Segura

Special Federal Officer George Segura
Federal Bureau of Investigation

Sworn to and subscribed before me this 11th day of October 2019.

THE HONORABLE HENRY BEMPORAD
UNITED STATES MAGISTRATE JUDGE